```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**MARC EDWARD LEMEUR**                                              PLAINTIFF

     v.    Civil No. 09-5261

**CHARLIE DANIELS**, Secretary of
State, Franchise Tax Board of
the State of Arkansas; **DUSTIN
McDANIEL**, Attorney General of
the State of Arkansas; **JOHN
SKAGGS**, District Court of Benton
County                                                              DEFENDANTS

### O R D E R

  Now on this 4th day of May, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #7), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

  **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

  **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice.**

  **IT IS SO ORDERED.**

              /s/ Jimm Larry Hendren
              **JIMM LARRY HENDREN
              UNITED STATES DISTRICT JUDGE**